USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KAREEM WALLACE,

                Plaintiff,

      -against-

CORRECTION OFFICER HAMER, et al,

               Defendants.

------------------------------------------------------------ x

1:18-cv-9468 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On May 9, 2019, Defendants filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 16(f) and 41(b). Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff, is ORDERED to respond to Defendant's letter motion by January 20, 2020, indicating its position on Defendants' contemplated motion.

SO ORDERED.

Dated:   January 13, 2020
          New York, New York

                                              ANDREW L. CARTER, JR.
                                              United States District Judge