UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

------------------------------------------------------------ x
WALLACE,

                Plaintiff,

      -against-

HAMER ET AL,

              Defendants.

------------------------------------------------------------ x

1:18-cv-09468 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' May 9, 2019 letter motion for a conference regarding their anticipated motion to dismiss. On January 13, 2020, the Court ordered Plaintiff to respond by January 20, 2020, but did not mail the order to Plaintiff. As such, that order is VACATED. Plaintiff shall now file a response by March 2, 2020. The Court has mailed this order to Plaintiff.

**SO ORDERED.**

Dated:   February 5, 2020
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**