USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KAREEM WALLACE,

               Plaintiff,

-against-

CORRECTION OFFICER HAMER, et a,         1:18-cv-9468 (ALC)

               Defendants.                       ORDER

------------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

On May 9, 2019, Defendants filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The Court ordered Plaintiff to respond by March 2, 2020. The order sent to plaintiff was undeliverable and returned to sender. On March 10, 2020, Defendant filed another letter motion requesting a pre-motion conference on an anticipated motion pursuant to Fed. R. Civ. P. 41(b) and 16(f).

Defendants should file something indicated whether Plaintiff is currently in custody by March 23, 2020.

SO ORDERED.

Dated: March 17, 2020

      New York, New York                          ANDREW L. CARTER, JR.
                                                                  United States District Judge